# IN THE SUPREME COURT OF THE STATE OF NEVADA

K-KEL, INC.,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
DAVID M. JONES, DISTRICT JUDGE,
Respondents,
  and
RONIQUE SMITH; KRYSTAL
CAMPBELL; JACQUELINE
FRANKLIN; AND JANE DOE
DANCERS I-XII,
Real Parties in Interest.

No. 72896



SEP 07 2018



ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING PETITION WITHOUT PREJUDICE*

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion for limited discovery and trial on arbitrability. On May 15, 2018, the parties filed a joint motion to postpone oral argument because they had agreed to participate in settlement negotiations. Based on the parties' representations, this court granted the motion and vacated the argument scheduled in this matter. On July 17, 2018, this court directed the parties to file status report advising this court of the status of settlement negotiations. On July 31, 2018, the parties filed a joint report advising that they had reached a settlement agreement and were finalizing settlement documents. Based on that representation, this court advised the parties that the petition would be dismissed on August 27, 2018, unless the parties informed this court by

August 24, 2018, that the parties were not proceeding with settlement. *See Johanson v. Eighth Judicial Dist. Court of State of Nev. ex rel. County of Clark*, 124 Nev. 245, 248, 182 P.3d 94, 96 (2008) (concluding that the decision to entertain a petition for extraordinary relief lies within this court's discretion). The court has received no further communication from the parties. Cause appearing, the petition is dismissed without prejudice.

It is so ORDERED.



_____, C.J.
Douglas

_____, J.
Cherry

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Gibbons

_____, J.
Hardesty

_____, J.
Stiglich

cc: Hon. David M. Jones, District Judge
The Law Offices of William H. Brown, Ltd.
Bighorn Law
Eighth District Court Clerk

